# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBORAH GERSTNER-WOLF

VERSUS

DOMINIC LAROCCA AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2024 CW 1249

**MARCH 14, 2025**

---

In Re:   Susan Gowland, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         703,489.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**WRIT DENIED.**

CHH
BDE

**Theriot, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT